# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0466
Lower Tribunal No. 16-13940
_____

**Liane Lindo,**
Appellant,

vs.

**Richard A. Lindo,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Cruz Legal, P.A., and Marisol Cruz, for appellant.

Filler Rodriguez, LLP, and Catherine M. Rodriguez, for appellee.

Before LINDSEY, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Labor Ready Se. Inc. v. Australian Warehouses Condo. Ass'n, 962 So. 2d 1053, 1056 (Fla. 4th DCA 2007) (explaining that where the case had been pending for more than four years, there was "no ambush or violation of the procedural safeguards that [Florida] Rule [of Civil Procedure] 1.440 was designed to protect"); see also Bryan v. Bryan, 930 So. 2d 693, 696 (Fla. 3d DCA 2006) (noting that there is no bright-line rule against adoption of a proposed order and differentiating Perlow v. Berg-Perlow, 875 So. 2d 383 (Fla. 2004) where the record reflects trial judge exercised independent judgment based on the trial court's active participation during the final hearing and permitted both parties to submit proposed orders before entering the order at issue).